United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-13690-ref
John W. Dunn                                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1                Date Rcvd: Apr 04, 2019
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
db           +John W. Dunn,    1532 N. 11th Street,    Reading, PA 19604-1821
cr           +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr            ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr           +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
               PO BOX 10675,    GREENVILLE, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2019 02:36:44      CACH, LLC,
               PO Box 10587,   Greenville, SC  29603-0587
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              SHAWN J. LAU    on behalf of Debtor John W. Dunn shawn_lau@msn.com,    g61705@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| In Re:<br><br>John W. Dunn<br>                Debtor, | : Chapter 13<br>: Case No. 14-13690-REF |
| NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing<br><br>                Movant,<br>v.<br><br>John W. Dunn<br>                Debtor,<br>And<br><br>Scott Waterman, Esquire<br>                Trustee,<br><br>                Respondent. | : Hearing: March 14, 2019 at 9:30 a.m.<br>: Courtroom # 1<br><br><br>: 11 U.S.C. §362(d) |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay as to Real Property, more commonly known as 1532 N. 11th St., Reading PA 19604; and Shawn J. Lau, Esquire appearing on behalf of the Debtor, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of March 13, 2019, the post-petition arrears is $7,273.94.

2. The debtor agrees to reimburse the Movant $831.00 for its attorney fees and costs for the Motion.

3. The debtor will cure the post-petition arrears by making the following payments:

   a.   $6,378.47 by March 22, 2019;

   b.   $895.47 by March 27, 2019.

4   The debtor will reimburse Movant for its attorney fees and costs by adding $207.75 to the regular monthly payments each due April 1, 2019 through and including July 1, 2019.

5.   The debtor will resume regular monthly payment starting with the August 1, 2019 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

6.   If the debtor fails to make any of the payments stated herein within fifteen (15) days of its due date, then counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

/s/Brian E. Caine
Brian E. Caine, Esquire
Attorney for Movant


/s/Shawn J. Lau
Shawn J. Lau, Esquire
Attorney for Debtor

_____
Concurrence of the Chapter 13 Trustee


AND NOW, this _____ day of _____, 2019, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

**Date: April 4, 2019**

_____
Chief Judge Richard E. Fehling
U.S. Bankruptcy Court
Eastern District of Pennsylvania