B2830 (Form 2830)

## L.B.F. 4004-3B

### UNITED STATES BANKRUPTCY COURT

__Eastern___ **District Of** __Pennsylvania_____

**In re**__John W. Dunn_____                    **Case No.**  __14-13690__
                          **Debtor**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1)  in property that I or a dependent of mine uses as a residence, claims as a
homestead, or  acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $155,675* in  value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or
local  law (1) that I or a dependent of mine uses as a residence, claims as a homestead,
or  acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds
$155,675* in  value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

Executed on __6/19/19__
Date

_____
Debtor, John W. Dunn