Certificate Number: 17572-PAE-DE-033723495

Bankruptcy Case Number: 14-13690



17572-PAE-DE-033723495

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2019</u>, at <u>6:58</u> o'clock <u>PM PST</u>, <u>John W Dunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 19, 2019</u>           By:   <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>