```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 14-13690-elf
John W. Dunn                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: JEGilmore          Page 1 of 2          Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db             +John W. Dunn,    1532 N. 11th Street,    Reading, PA 19604-1821
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o ShellPoint Mortgage Servicing,
                 PO BOX 10675,    GREENVILLE, SC 29603-0675
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    NewRez LLC d/b/a Shellpoint Mortgage Ser,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
13302191       +Allan C. Smith Esquire,    1276 Veterans Highway, Ste E1,    Bristol, PA 19007-2597
13302192       +American Education Services/ PHEAA,    1200 N. 7th Street,   Harrisburg, PA 17102-1419
13302193      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO BOX 982235,   El Paso, TX  79998-2235)
13354724       +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13302196       +Chase Bank USA NA,    PO BOX 15298,    Wilmington, DE 19850-5298
13302197        Chase Home Mortgage,    PO BOX 24696,    Columbus, OH 43224-0696
13302199       +CitiBank NA,    701 East 60th St North,    Sioux Falls, SD 57104-0493
13302200       +CitiBank/Sears,    PO BOX 6283,    Sioux Falls, SD 57117-6283
13302198       +Citibank South Dakota , NA,    PO BOX 6241,    Sioux Falls, SD 57117-6241
13353392       +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13302201       +City of Reading,    815 Washington Street,    Reading, PA 19601-3690
13609295        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13302205       +Home Depot/Citibank,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13407481       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13302206       +James R. Wood, Esquire,    Portnoff Law Associates LTD,   PO BOX 391,
                 Norristown, PA 19404-0391
13460103       +Lau & Associates, P.C.,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
13302207       +Michael F. McGuigan, Esq.,    311 Veterans Highway,    SUite 100A,   Levittown, PA 19056-1422
13302210       +Miguel Maldonado,    1532 N. 11th Street,    2nd Floor,   Reading, PA 19604-1821
13302211       +Molly B. Kleinfelter, Esq.,    Four Park Plaza 2nd Floor,    Reading, PA 19610-1398
14114948       +New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
13349430       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13302215       +Reading Area Water Authority,    815 Washington Street,    Reading, PA 19601-3615
13302216       +Sears/Citibank,    PO BOX 6282,    Sioux Falls, SD 57117-6282
13302217       +Wells Fargo Bank NA,    3476 Stateview Blvd,    Mac #X7801-013,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13305910        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 04:15:22
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13307624        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:04:18      CACH, LLC,
                 P O Box 10587,   Greenville, SC 29603-0587
13302194       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 04:04:18      Cach LLC,
                 4340 S Monaco - 2nd Floor,    Denver, CO 80237-3485
13302195       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 04:03:40      Capital One/Best Buy,
                 PO BOX 5253,   Carol Stream, IL 60197-5253
13322429       +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 04:09:04      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13302202        E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 04:08:30      Department of Treasury - IRS,
                 PO BOX 7346,   Philadelphia, PA  19101-7346
13302203       +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10      GE Money Bank,
                 Attn: Bankruptcy Department,    PO BOX 103104,   Roswell, GA 30076-9104
13302204        E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 04:04:10      GECRB/Paypal,    PO BOX 965005,
                 Orlando, FL  32896-5005
13302208        E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 04:08:57      Midland Funcing LLC,
                 8875 Aero Drive Ste 200,    San Diego, CA  92123-2255
13302209       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 04:08:57      Midland Funding LLC,
                 8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
13302213        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:03:14
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4962
13403214        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2019 04:03:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13302212        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:41      Pa Department of Revenue,
                 Bankruptcy Division,    PO BOX 280946,   Harrisburg, PA  17128-0946
```

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                   Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW            Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13321161        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:41
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
                                                                                                TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA   17128-0946
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
cr*            +City of Reading,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                  Norristown, PA 19404-3020
cr*             ECMC,    P.O. BOX  16408,    ST. PAUL, MN  55116-0408
13302214      ##+Portnoff Law Associates LTD,    1000 Sandy Hill Road,   Suite 150,   Norristown, PA 19401-4181
                                                                                     TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
                jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
                RA-occbankruptcy6@state.pa.us
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SHAWN J. LAU    on behalf of Debtor John W. Dunn shawn_lau@msn.com, g61705@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NA tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: John W. Dunn
    Debtor(s)

Bankruptcy No: 14–13690–elf
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

4. All objections must be filed with the Clerk at the following address:

    400 Washington Street
    Suite 300
    Reading, PA 19601

5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 11/18/19

76 – 75
Form 138_new