United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John W. Dunn
       Debtor

Case No. 14-13690-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: JEGilmore      Page 1 of 1      Date Rcvd: Dec 09, 2019
                         Form ID: 195       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db       +John W. Dunn,   1532 N. 11th Street,   Reading, PA 19604-1821
cr       +City of Reading,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
        Norristown, PA 19404-3020
cr       ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   c/o ShellPoint Mortgage Servicing,
        PO BOX 10675,   GREENVILLE, SC 29603-0675
cr       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   NewRez LLC d/b/a Shellpoint Mortgage Ser,
        PO BOX 10826,   GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 10 2019 03:45:28     CACH, LLC,
        PO Box 10587,   Greenville, SC  29603-0587
                                                  TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
    BRIAN E. CAINE   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
       bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
    JAMES RANDOLPH WOOD   on behalf of Creditor   City of Reading jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
    NICHOLAS J. LAMBERTI   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
       RA-occbankruptcy6@state.pa.us
    SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
    SHAWN J. LAU   on behalf of Debtor John W. Dunn shawn_lau@msn.com,  g61705@notify.cincompass.com
    THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, NA tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                  TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      : Chapter 13

John W. Dunn                                                : Case No. 14−13690−elf

          Debtor(s)

***ORDER***

_____

    AND NOW, this day , December 9, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

83
Form 195